**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 472 EAL 2018
:
               Petitioner :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
WILLIAM J. LYNN, :
:
           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.